UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRISTOPHER JOHNSON**                                    **CIVIL ACTION**

**VERSUS**                                                         **NO. 19-12957**

**DARRYL VANNOY**                                         **SECTION: "F" (1)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on February 8, 2021 (Rec. Doc. No. 24), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Christopher Johnson is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 11th day of February, 2021.

_____
**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**